# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| AMENRA ISA NASRUELOH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV406-66 |
| | ) | |
| TICO TERMINAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _7_ day of _June_, 2006.

_____
**B. AVANT EDENFIELD**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**